UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
_____

ELIZABETH M. ANGELILLO and MARK STEHLY

  Plaintiffs,           Case No.: 2:18-cv-01329-JMA-ARL

v.

CLIENT SERVICES, INC.

  Defendant.
_____

# **DEFENDANT CLIENT SERVICES, INC.'S CORPORATE DISCLOSURE**

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Client Services, Inc., by and through its attorneys, Lippes Mathias Wexler Friedman LLP, hereby notifies this Court and all parties of the following:

  1. Client Services, Inc. is a Missouri corporation with a principal place of business in St. Charles, Missouri.

  2. Client Services, Inc. is a wholly owned subsidiary of CSI Saint Charles, LLC.

  3. No publicly held corporation owns 10% or more interest of Client Services, Inc.

DATED:  March 21, 2018

                LIPPES MATHIAS WEXLER FRIEDMAN LLP

                /s Brendan H. Little
                Brendan H. Little, Esq.
                Attorneys for Defendant
                50 Fountain Plaza, Suite 1700
                Buffalo, NY 14202
                P: 716-853-5100
                F: 716-853-5199
                blittle@lippes.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 21, 2018, I electronically filed the foregoing Corporate Disclosure via the CM/ECF system, which should send notice to all counsel of record.

                                /s Brendan H. Little
                                Brendan H. Little, Esq.